**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Edward Bernard S.₁,

    Plaintiff,

       v.                                   Case No.   1:18cv601

Commissioner of Social Security,          Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 1, 2022 (Doc. 30).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 30) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 30) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's counsel's application (Doc. 27), as amended (Doc. 28), is **GRANTED** in the amount of $8,557.50 under 42 U.S.C. § 406(b); and Plaintiff's counsel is **ORDERED** to

---

1 Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials

remit $4,500.00 of this sum directly to plaintiff upon receipt.

**IT IS SO ORDERED.**

      *s/Michael R. Barrett*
      Michael R. Barrett, Judge
      United States District Court